IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JOSE TURCIOS, D.D.S.**                                                                                   **PLAINTIFF**

v.                               CASE NO. 4:17CV773-SWW

**TABITHA CARTER, INDIVIDUALLY;**
**BRANDON EGGERTH, INDIVIDUALLY;**
**JARED MCCAULEY, INDIVIDUALLY;**
**BRIAN DUNGER, INDIVIDUALLY;**
**MICHAEL LUNDY, INDIVIDUALLY;**
**ANDREA M. CARTER, INDIVIDUALLY;**
**DECEMBER SMITH AND SARA**
**MELTON**                                                                                                    **DEFENDANTS**

## ANDREA CARTER'S RESPONSE TO SEPARATE DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY

For her Response to Separate Defendants' Motion to Extend Time to Respond to Discovery, Andrea Carter states:

1. On Tuesday, May 1, 2018, undersigned counsel requested, via electronic mail, a one-week extension of time to respond to Plaintiff's discovery requests.

2. Subsequently, and prior to receiving a response from Plaintiff's counsel, undersigned counsel spoke with counsel for the City Defendants, who relayed that Plaintiff's counsel had refused a request to extend the City Defendants' response time and that

they would be filing a motion for extension. Undersigned counsel agreed to join in the motion.

3. Prior to City Defendants filing their motion, undersigned counsel and Plaintiff's counsel reached an agreement to a one-week extension of Andrea Carter's deadline.

4. Due to the press of other pending deadlines, undersigned counsel did not communicate to City Defendants' counsel that he no longer needed to join in the motion for extension of time.

5. Andrea Carter hereby withdraws her request for an extension of time to respond to discovery embodied in the City Defendants' motion.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:  */s/ Gary L. Sullivan*
      Gary L. Sullivan
      Ark. Bar No. 92051
      Assistant Attorney General
      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Little Rock, AR 72201
      Phone: (501) 371-2301
      Fax: (501) 682-2591
      Email: gary.sullivan@arkansasag.gov

## **CERTIFICATE OF SERVICE**

      I, Gary L. Sullivan, hereby certify that on May 3, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to all participants.

      */s/ Gary L. Sullivan*