IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JOSE TURCIOS, D.D.S.**                                                                                 **PLAINTIFF**

v.                                    CASE NO. 4:17-CV-773-JLH

**TABITHA CARTER, INDIVIDUALLY;
BRANDON EGGERTH, INDIVIDUALLY;
JARED MCCAULEY, INDIVIDUALLY;
BRIAN DUNGER, INDIVIDUALLY;
MICHAEL LUNDY, INDIVIDUALLY;
ANDREA M. CARTER, INDIVIDUALLY;
DECEMBER SMITH AND SARA
MELTON**                                                                                                 **DEFENDANTS**

## ANDREA CARTER'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1. On March 9, 2015, the Child Abuse Hotline received an allegation of sexual abuse naming then 15-year-old December Smith as the alleged victim and Dr. Jose Turcios as the alleged offender.[1]

2. The reporter stated that Turcios performed dental work on Smith on March 4, 2015, and that Turcios sexually abused Smith during that time.[2]

3. Smith's grandmother, Myrtle Clifton, corroborated Smith's account of telling Clifton what occurred.[3]

---

[1] Exhibit 1: Crimes Against Children Division- Arkansas State Police Report to Prosecuting Attorney at A. Carter 75.

[2] *Id.*

4. Clifton and Smith reported the information to Smith's mother, Sarah Melton, who contacted LRPD the same day.[4]

5. On March 11, 2015, Little Rock Police Department Detective Tabitha McCrillis (now known as LRPD Sergeant Tabitha Carter) interviewed December Smith at the Pulaski County Children's Protection Center.[5]

6. Arkansas State Police Crimes Against Children Division Investigator Andrea Carter observed the interview through a two-way mirror.[6]

7. December Smith provided a credible disclosure of sexual abuse (sexual contact), advising that on March 4, 2015, she was getting a crown on her tooth and was under the influence of nitrous gas.[7]

8. Smith advised that she was left alone with Turcios on 3 occasions, during which time Turcios told her, "I want you so bad," and then kissed her on the mouth.[8]

---

[3] Exhibit 1 at A. Carter 75, 85.

[4] *Id*. at A. Carter 75, 82.

[5] *Id*.; Exhibit 2: Video recording of interview.

[6] Exhibit 3: Transcript of Andrea Carter's Deposition, 101:22-25.

[7] Exhibit 1 at A. Carter 75, 79; Exhibit 2.

[8] *Id*.

9. Smith stated Turcios stuck his finger down her throat, repeatedly describing the dentist moving his finger in and out of her mouth in a sexual way.[9]

10. Smith advised the 2nd time she was along with Turcios, he placed her hand on his knee before he stood up, placed her hand on his penis, and grabbed her breast.[10]

11. Smith stated Turcios kissed her again and put his tongue in her mouth.[11]

12. Smith advised that on the third occasion, Turcios stuck his fingers down her throat with his gloves off, in a "back and forth" motion.[12]

13. Smith stated that even on nitrous gas, she was fully aware of what was happening.[13]

14. Smith stated that when she left Turcios' office, she told her grandmother, Myrtle Clifton, about what happened.[14]

---

[9] *Id.*

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] *Id.*

[14] *Id.*

15. Smith also reported Turcios made her uncomfortable in the past by telling her that she was his prettiest patient and patting her butt.[15]

16. On March 12, 2015, LRPD Det. McCrillis obtained a warrant for the arrest of Turcios, which was issued by the Little Rock District Court.[16]

17. On March 12, 2015, Turcios was arrested at the Little Rock Athletic Club.[17]

18. Andrea Carter does not make recommendations for the arrest of individuals accused of sexual abuse of minors.[18]

19. After his arrest, Turcios was taken to the LRPD where he was interviewed by Detectives Tabitha McCrillis and Jarred McCauley.[19]

20. Andrea Carter was not present when Turcios was interviewed.[20]

---

[15] *Id.*

[16] Exhibit 5- Warrant for Arrest.

[17] Exhibit 1 at A. Carter 83.

[18] Exhibit 3 at 213:17-19, 214:9-12.

[19] Exhibit 1 at A. Carter 83.

[20] *Id.*

21. Andrea Carter listened to an audio recording of Turcios' interview.[21]

22. When Turcios was confronted with Smith's allegations, he responded, "How can that happen when my assistant is right there?"[22]

23. Turcios stated that is assistants would say that he was never alone with Smith.[23]

24. On March 11, 2015, LRPD Detective McCrillis and ASP-CACD Investigator Andrea Carter interviewed Valerie Robertson, a former employee of Turcios.[24]

25. Robertson stated that Turcios would rub her neck, that other employees told her Turcios was a pervert, would randomly touch her on her neck, and that once when apologizing for yelling at her, he put "his boner on her ass" and patted her on her butt.[25]

---

[21] *Id.*

[22] *Id.* (¶1); Exhibit 6- excerpt from transcript of Turcios' interview.

[23] *Id.*

[24] *Id.* at A. Carter 88; Exhibit 3 at 178:5-7.

[25] Exhibit 1 at A. Carter 88.

26. Robertson told Andrea Carter that she heard that Turcios had touched another woman inappropriately and that there was an out-of-court settlement.[26]

27. In his deposition, Turcios admitted that he paid a woman, a dental assistant who accused Turcios of touching her inappropriately when he performed dental work on her, as part of an out-of-court settlement.[27]

28. On March 19, LRPD Detective Tabitha McCrillis obtained a search and seizure warrant, which was executed at Turcios' office and video surveillance recordings were retrieved.[28]

29. ASP-CACD Investigator Andrea Carter reviewed the surveillance recordings and determined that Turcios was alone with Smith on March 4, 2015, on several occasions throughout her two hour treatment.[29]

---

[26] *Id.*

[27] Exhibit 4- Transcript of Jose Turcios' Deposition at 27:24 – 30:11.

[28] Exhibit 1 at A. Carter 94; Exhibit 7- Search Warrant.

[29] Exhibit 1 at A. Carter 75, 83 (¶¶ 2, 3), 84, 93.

30. The video surveillance did not depict inside of the exam room where Smith was being treated; however, the doorways to the exam room were depicted.[30]

31. When exiting the exam room, Andrea Carter observed Turcios striking the buttocks of Smith two times while she was walking down the hallway of the clinic.[31]

32. Andrea Carter concluded that there was a preponderance of evidence to support the allegation of sexual abuse and closed her investigation with a true finding on April 5, 2015.[32]

33. A Child Maltreatment True Investigative Determination Notice to Alleged Adult Offender was sent to Turcios on April 7, 2015.[33]

34. On April 14, 2015, Turcios appealed the child maltreatment finding to the Appeal and Hearings Office of the Arkansas Department of Human Services.[34]

---

[30] *Id.*

[31] *Id.*; Exhibit 3 at 109:17-24, 117:5-6, 157:21 – 158:3

[32] Exhibit 1 at A. Carter 75-76.

[33] Exhibit 8- Notice to Turcios.

[34] Exhibit 9- Turcios' Notice of Appeal.

35. On December 1, 2016, and Administrative Law Judge heard Turcios' appeal.[35]

36. On December 19, 2016, the ALJ issued his Final Order, finding that Turcios engaged in sexual contact with Smith based on her credible statements.[36]

37. The ALJ noted that Turcios had stated in his interview at the LRPD that he had not been alone with Smith, but that the review of his office video recordings show that Turcios was left alone with Smith five times.[37]

38. The ALJ found Turcios was not credible and that Smith was more credible.[38]

39. The ALJ found that Turcios' expert witness' testimony was invalid and that gas did not negate Smith's clear and detailed recollections of the touching incidents. "It is unclear when [Smith] was actually on the gas or oxygen. She was on the nitrous oxide

---

[35] Exhibit 10- Notice of Administrative Hearing.
[36] Exhibit 11- ALJ's Final Order.
[37] *Id.*, ¶¶6, 7, 11.
[38] *Id.*, ¶¶ 11, 12.

briefly, and the effects disappear quickly. [Smith] stated that she was fully aware of what was happening while on the gas."[39]

40. The ALJ found that Turcios did touch Smith on her breast and put her hand on his penis. Turcios told Smith, "I want you so bad" and kissed her. "He did those actions when there was no one else present." The ALJ found Turcios' actions were for sexual gratification.[40]

41. The ALJ concluded that Turcios' actions met the definition of sexual abuse as defined by the Arkansas Child Maltreatment Act.[41]

42. The ALJ decided that the ASP-CACD met its burden of presenting by a preponderance of the evidence that Turcios abused Smith and that the allegations were true.[42]

43. The ALJ ordered that Turcios' name be placed on the Arkansas Child Maltreatment Central Registry.[43]

---

[39] *Id.*, ¶13.

[40] *Id.*, ¶14.

[41] Exhibit 11 at A. Carter 5.

[42] *Id.*

[43] *Id.*

44. On December 22, 2016, Turcios was notified through his counsel of the ALJ's findings and order and was informed that if he wished to appeal the decision through the Administrative Procedure Act, he must file a petition in the circuit court within 30 days.[44]

45. Turcios did not appeal the administrative order.[45]

46. Although a criminal proceeding was commenced against Turcios, Andrea Carter was not a part of it and she did not testify at his criminal trial.[46]

        Respectfully submitted,

        LESLIE RUTLEDGE,
        Attorney General

By:   /s/ Gary L. Sullivan
        Gary L. Sullivan, Arkansas Bar #92051
        Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201-2610
        Telephone: (501) 371-2301
        Facsimile: (501) 682-2591
        gary.sullivan@arkansasag.gov

*Attorneys for Andrea Carter*

---

[44] Exhibit 12- Notice of right to appeal.

[45] Exhibit 4 at 52:18-20.

[46] Exhibit 3 at 191:1-25.

## **CERTIFICATE OF SERVICE**

 I, Gary L. Sullivan, hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to all counsel of record.

           /s/ Gary L. Sullivan