**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOSE TURCIOS, D.D.S.**                                                                       **PLAINTIFF**

VS.                         NO: 4:17-CV-773-JLH

**TABITHA CARTER, individually,
BRANDON EGGERTH, individually,
JARED MCCAULEY, individually,
MICHAEL LUNDY, individually,
ANDREA M. CARTER, individually
DECEMBER SMITH and
SARA MELTON**                                                                                 **DEFENDANTS**

**MOTION FOR SUMMARY JUDGEMENT FILED BY
DECEMBER SMITH AND SARA MELTON**

Come now the separate defendants, December Smith and Sara Melton, by and through counsel and for Motion state:

1. Pursuant to Rule 56 F.R.C.P., defendants December Smith and Sara Melton are entitled to summary judgment. There is no competent evidence that these private individuals qualify as state actors under 42 U.S.C. §1983. Further, there is no evidence that they engaged in any course of conduct that constitutes a conspiracy with state actors (the other defendants) to deprive Dr. Turcios of any constitutionally protected rights, merely speculation and conjecture.

2. A malicious prosecution claim is not recognized under 42 U.S.C. §193, nor is any state law pendant claims for the same asserted herein, nor could it be sustained.

3. Filed herewith and incorporated herein by reference are defendants' Statement Facts

      not in dispute with exhibits.

4.     Also filed herewith and incorporated herein by reference is the separate defendants' Brief in Support of this motion.

5.     Additionally, as the allegations in the case involve an alleged conspiracy with the other defendants, December Smith and Sara Melton adopt and incorporate by reference the Statements of Facts Not in Dispute and arguments of the remaining defendants as if set forth herein.

WHEREFORE, separate defendants December Smith and Sara Melton pray that the Motion for Summary Judgment be granted, that the case be dismissed, for their costs and attorney's fee, and for any and all other just and proper relief to which they may be entitled.

                                        Respectfully submitted,

                                        /s/Christopher R. Heil
                                        Christopher R. Heil, ABN 92128
                                        The Brad Hendricks Law Firm
                                        500 C Pleasant Valley Drive
                                        Little Rock, AR 72227
                                        (501) 221-0444
                                        *cheil@bradhendricks.com*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2018I electronically filed the forgoing with the Clerk of Court using the CM/EMF system, who shall provide notification of the same to all counsel of record.

                                        /s/ Christopher R. Heil