# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSE TURCIOS, D.D.S.                                                                PLAINTIFF

v.                                  No. 4:17CV00773 JLH

TABITHA CARTER; BRANDON EGGERTH;
JARED MCCAULEY; BRIAN DUNGER;
MICHAEL LUNDY; ANDREA M. CARTER;
DECEMBER SMITH; and SARA MELTON                                        DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, all of the claims of Jose Turcios against Brandon Eggerth, Jared McCauley and Brian Dunger, as well as his claims against Tabitha Carter, Michael Lundy, Andrea M. Carter, December Smith and Sara Melton that arise under the laws and constitution of the United States are dismissed with prejudice. Any claims he has asserted against Tabitha Carter, Michael Lundy, Andrea M. Carter, December Smith or Sara Melton under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 22nd day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE